Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5826
Telephone: (213) 572-4300
Facsimile: (213) 572-4400

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.; MOTOWN RECORD COMPANY, L.P.; ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>MARTA VALLE,<br><br>　　　　　　Defendant. | Case No.: C 06-2048 MHP<br><br>Honorable Marilyn H. Patel<br><br>***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

　　　　Plaintiffs hereby request that this court continue the Case Management Conference scheduled for July 17, 2006 at 4:00 p.m. to September 18, 2006. The parties have come to a settlement-in-principle but the finalized settlement documents have not yet been executed. Plaintiffs and

1

#2213 v1

Defendant are continuing to finalize the settlement, and it is not expected that the present settlement-in-principle will dissolve. Thus, no pretrial scheduling or case management need be completed at the date scheduled. Plaintiffs respectfully request that the Court continue the case management conference to September 18, 2006, so that parties may finalize the terms of their settlement. Plaintiffs further request that all other deadlines set in this action be continued, for the same reasons, as follows:

    1.    Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by August 28, 2006.

    2.    Parties are to file a Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference by August 28, 2006.

    3.    Initial Disclosures, Case Management Statements and the parties' Rule 26(f) Report are due by September 11, 2006.

Dated: July 10, 2006                       HOLME ROBERTS & OWEN LLP

By:    */s/ Leemore Libesman*
       Leemore Libesman
       Attorneys for Plaintiffs
       WARNER BROS. RECORDS INC.; MOTOWN RECORD COMPANY, L.P.; ELEKTRA ENTERTAINMENT GROUP INC.; ARISTA RECORDS LLC; and UMG RECORDINGS, INC.

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management Conference previously set for July 17, 2006, is continued to September 18, 2006 at 4:00 p.m. Parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan by August 28, 2006. Parties are to file a Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR

1  Phone Conference on August 28, 2006.  Completion of Initial Disclosures, filing of Case
2  Management Statements and the filing and service of the Rule 26(f) Report are due by September
3  11, 2006.
4
5  Dated: July 11, 2006                    By: _____
6                                              Honorable Marilyn H. Patel
7
8
9
10



IT IS SO ORDERED

Judge Marilyn H. Patel

---