Thomas M. Kerr (State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
tom.kerr@hro.com

Attorneys for Plaintiffs
WARNER BROS. RECORDS INC.;
MOTOWN RECORD COMPANY, L.P.;
ELEKTRA ENTERTAINMENT GROUP INC.;
ARISTA RECORDS LLC; AND UMG
RECORDINGS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br>         v. <br><br> MARTA VALLE, <br><br>         Defendant. | Case No.: C06-2048 MHP <br><br> Honorable Marilyn H. Patel <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

1

1          Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby

2    voluntarily dismiss Defendant Marta Valle, with prejudice.  This case is hereby closed.

3

4

5    DATED:  October 31, 2006                    THOMAS KERR
                                                 HOLME ROBERTS & OWEN LLP
6

7

8                                                By:  _____
                                                                 /s/ Thomas Kerr
9                                                     Thomas Kerr
                                                      Attorney for Plaintiffs
10

11

12

13

14

15                            11/8/2006

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL
Case No. C06-2048 MHP
#26332 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California.  I am over the age of eighteen years and not a party to the within action.  My business address is 560 Mission Street, 25th Floor, San Francisco, CA  94105.

On October 31, 2006, I served the  foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Marte Valle
575 San Pedro Ave. #42
Morgan Hill, CA  95037**


XX     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 31, 2006 at San Francisco, California.


_____/s/_____
                                                    Molly Morris

NOTICE OF VOLUNTARY DISMISSAL
Case No. C06-2048 MHP
#26332 v1